FREDERICK W. I. LUNDY, Appellant-Respondent, v. FIDELITY & CASUALTY COMPANY OF NEW YORK, Respondent-Appellant.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.